MAY 31, 1960.

No. 837, Misc. BIGGS *v.* HASTINGS, CHIEF JUDGE, U. S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 843, Misc. STREIT *v.* BUCHHEIT. Motion for leave to file petition for writ of certiorari denied.

No. 384, Misc. REYNOLDS *v.* COCHRAN, DIRECTOR OF DIVISION OF CORRECTIONS. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari to the Supreme Court of Florida granted. Petitioner is permitted to proceed *in forma pauperis* and case transferred to appellate docket. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 837. SILVERMAN ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Edward Bennett Williams* and *Agnes A. Neill* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.